**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Preston Butler, Respondent,

v.

South Carolina Department of Social Services, Appellant.

Appellate Case No. 2017-000427

———————

Appeal From Greenville County
Alex Kinlaw, Jr., Family Court Judge

———————

Unpublished Opinion No. 2019-UP-190
Heard May 6, 2019 – Filed May 29, 2019

———————

**AFFIRMED**

———————

Christopher C. Jackson and Shawn L. Reeves, both of Columbia, for Appellant.

Bruce W. Bannister and Luke A. Burke, both of Bannister, Wyatt & Stalvey, LLC, of Greenville, for Respondent.

———————

**PER CURIAM:** Affirmed pursuant to Rule 220(b), SCACR, and the following authority: *Wardlaw v. S.C. Dep't of Soc. Servs.*, Op. No. 5652 (S.C. Ct. App. filed May 29, 2019).

**AFFIRMED.**

**LOCKEMY, C.J., and SHORT and MCDONALD, JJ., concur.**